HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
RENO, NEVADA 89511
(775) 327-3000

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN SPROUL,<br><br>            Plaintiff,<br><br>v.<br><br>WASHOE BARTON MEDICAL CLINIC, a Nevada non-profit corporation,<br><br>            Defendant. | CASE NO.: 3:10-cv-00801-RCJ-VPC<br><br>ORDER **TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Carolyn Sproul ("Plaintiff") and Defendant Washoe Barton Medical Clinic dba Carson Valley Medical Center (collectively "Washoe Barton" or "Defendant"), by and through their counsel of record, hereby stipulate to extend the time allowed for Defendant to file the Reply in Support of Defendant's Motion to Dismiss by an additional (2) two weeks (Doc. 5,

///

///

///

///

1

filed on June 21, 2011). This is the first request made by defendant regarding this motion. Defendant's new deadline to file a responsive pleading is August 22, 2011.

DATED this 8th day of August, 2011.

/s/ Dora V. Lane, Esq.
Anthony L. Hall, Esq.
Nevada State Bar No. 5977
Dora V. Lane, Esq.
Nevada State Bar No. 8424
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendant Washoe Barton Medical Clinic*

DATED this 8th day of August, 2011.

/s/ Brian Morris, Esq.
Brian R. Morris, Esq.
59 Damonte Ranch Parkway, B-221
Reno, Nevada 89511
Telephone: (775) 323-2800
Facsimile: (775) 313-0876

*Attorney for Plaintiff Carolyn Sproul*

ORDER
IT IS SO ORDERED.
DATED: This 12th day of August, 2011.

_____
ROBERT C. JONES
Chief Judge

2